In the Matter of CHRIS J. FLANAGAN, Appellant, against HARRY H. FLEMMING, Respondent.

Argued October 27, 1938; decided October 27, 1938.

616

*William A. Kaercher* for appellant.

*George F. Kaufman* and *Robert G. Groves* for respondent.

Order of Appellate Division reversed and that of Special Term affirmed. The voter Davide did not bring himself within the provisions of section 203 of the Election Law, and the omissions are not mere irregularities. No opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, LOUGHRAN and RIPPEY, JJ. Taking no part: FINCH, J.